IN THE U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

Debtor:

Daniel Rennie

No. 15-29772

DECLARATION OF BRIAN J DILKS in SUPPORT OF THE APPLICATION FOR UNCLAIMED FUNDS

## DECLARATION

The undersigned hereby declares under penalty of perjury under the laws of the United States that the following is true and correct to the best of the undersigned's knowledge:

1. I am at least 18 years of age and competent to make this declaration in support of the application for unclaimed funds made to this court on behalf of Daniel Rennie;

2. I have personal knowledge of the present application for unclaimed funds and attested to;

3. I am employed by Dilks and Knopik, LLC as its Managing Member and President in charge of Unclaimed Funds;

4. Dilks & Knopik, LLC is a Washington Limited Liability Company, and is one of the country's leading companies helping individuals and entities recover unclaimed property;

5. Dilks and Knopik, LLC has been in business since 2002, and has an A+ rating with the Better Business Bureau;

6. Dilks and Knopik, LLC strives to ensure the accuracy of fund ownership, and is insured against errors or omissions in the recovery process;

7. Before submitting any application Dilks and Knopik, LLC makes all reasonable efforts to ensure that our client is the person or entity to whom the unclaimed property is owed;

8. Our practice is to distribute our client's share of any proceeds to the client within 5 business day(s) after they are received from the Court Clerk;



9. For our services, we charge a nominal percentage of the total value of the unclaimed property in accordance and compliance with jurisdictional requirements;

10. Based on information and belief, all supporting documentation submitted with the application are true and correct copies of the original.

Signed at Snoqualmie, Washington this 22th day of June, 2016

                              Dilks & Knopik, LLC

Brian J Dilks

                              President – Managing Member

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

RE: Daniel Rennie )  Case: 15-29772
 )
 )  **AUTHORITY TO ACT**
 )  **Limited Power of Attorney**
Debtor(s) )  **LIMITED TO ONE TRANSACTION**

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Daniel Rennie** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$492.90** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____     3rd  June                  , 20 16
Daniel Rennie                       Date

Tax ID: XXX-XX-6768

### ACKNOWLEDGMENT

STATE OF  Utah    )          COUNTY OF  Weber   )

On this  3rd  day of  June , 2016 , before me, the undersigned Notary Public in and for the said County and State, personally appeared **Daniel Rennie** known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that he did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _____

Residing at  930 E chuluin, Ogden UT 84403

My Commission expires  Dec 14, 2017

WILLIAM JOHNSON
Notary Public • State of Utah
Commission # 672715
COMM. EXP. 12-14-2017



PHOTO I.D.

Address Proof

UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

| In re: Daniel Rennie | Case: 15-29772 |
|---|---|
| | Chapter 13 |
| Claimant(s) | |

DECLARATION OF SOCIAL SECURITY NUMBER

AND/OR TAXPAYER ID NUMBER

A Social Security Number and/or Tax Identification Number is required in order to receive payment of unclaimed funds. Please check the appropriate boxes and if applicable, provide the required information:

1. **Individual Claimant**

    ☐ Name: <u>Daniel Rennie</u>

    ☑ Social Security Number or Tax Identification Number: <u>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</u>

    *Joint Claimant, if applicable:*

    ☐ Joint Claimant Name: _____

    ☐ Social Security Number or Tax Identification Number: _____

2. **Claimant Representative**

    ☐ Claimant Representative Name: _____

    ☐ Social Security Number or Tax Identification Number: _____

    ☐ Name of individual or business being represented: _____

    ☐ Social Security Number or Tax Identification Number: _____

3. **Successor Claimants**

☐ Successor:

☐ Business Name: _____

☐ Social Security Number or Tax Identification Number: _____

☐ Transferred Claim: _____

☐ Name: _____

☐ Social Security Number or Tax Identification Number: _____

☐ Decedent's Estate

☐ Decedent's Name: _____

☐ Decedent's Social Security Number: _____

☐ Name of Administrator, Executor, or Representative: _____

☐ Social Security Number or Tax Identification Number: _____

I declare under penalty of perjury that all information contained in this document is true and correct to the best of my knowledge, information, and belief.

Dated: 3rd June 2016     _____
                          (Claimant's Signature)

Dated: _____     _____
                          (Joint Claimant's Signature)

*Penalty for making a false statement – Fine of up to $250,000 or up to 5 years' imprisonment or both. 18 U.S.C. §§152 and 3571.*

March 22, 2012                      2